UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Blake DeCONINCK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PENTAGON FEDERAL CREDIT UNION, <br><br> Defendant. | Civ. No.  23-cv-00215-NEB-ECW <br><br> CLASS ACTION <br><br> **MEET AND CONFER STATEMENT** |

## MEET & CONFER STATEMENT

Pursuant to Local Rule 7.1(a), Plaintiffs certify that on February 17, 2023, counsel for Plaintiffs met and conferred via phone and e-mail with counsel for Defendant regarding Plaintiff's Motion to Extend Deadline to Answer, Defendant consents this motion.

Dated:  February 17, 2023                Respectfully submitted,

 /s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Daniel J. Nordin (#392393)
Frances Mahoney-Mosedale (#402741)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dnordin@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

*Counsel for Plaintiff*