## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Blake DeCONINCK, individually and on behalf of all others similarly situated, | Civ. No.  23-cv-00215-NEB-ECW |
| Plaintiff, | CLASS ACTION |
| vs. | **[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT PENTAGON FEDERAL CREDIT UNION TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| PENTAGON FEDERAL CREDIT UNION, | |
| Defendant. | |

The Court, having considered Plaintiff's Motion to Extend Deadline to Answer (Dkt. 7), finds good cause to amend the deadline as requested.

Therefore, **IT IS HEREBY ORDERED** that the Motion to Extend Deadline to Answer (Dkt. 7) is granted.  The deadline for Defendant to respond to the Complaint is hereby extended to April 17, 2023.

IT IS SO ORDERED

Dated: _____

_____
Elizabeth Cowan Wright
U.S. Magistrate Judge