# EXHIBIT D



**CONSOLIDATED STATEMENT**

For the Period: **10/16/22 thru 11/16/22**

Member Name: **BLAKE DECONINCK**

Member Number: ████████

BLAKE DECONINCK

████████████

## Summary of Accounts

### Deposit Accounts

| Account | Account Number | Ending Balance Last Statement | Ending Balance This Statement |
|---|---|---|---|
| **Regular Share Account** | ████████ | **$5.00** | **$5.04** |
| **Access America Account** | | **$2,791.95** | **$0.21** |
| Total Deposit Accounts | | $2,796.95 | $5.25 |

### Loan Accounts

| Account | Account Number | Ending Balance Last Statement | Ending Balance This Statement |
|---|---|---|---|
| ████████ | ████████ | ████ | ████ |
| ████████ | | ████ | ████ |

### Overview of Accounts

| Year-to-Date Dividend on non-IRA Accounts | Year-to-Date Certificate Penalty | Year-to-Date Finance Charges | IRA Contribution 2021 | IRA Contribution 2022 |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |

## Regular Share Account

### Summary for Account Number: ████████

| Balance Last Statement (10/16/22) | Total Debits This Period | Total Credits This Period | Ending Balance (11/16/22) |
|---|---|---|---|
| **$5.00** | **-$1,516.38** | **$1,516.42** | **$5.04** |

Annual Percentage Yield Earned

| |
|---|
| **.05% based on 31 days** |

### Account Activity

| Date | Description | Amount | Fee | Balance |
|---|---|---|---|---|
| 11/07/22 | ███████████ | -215.12 | | 1,005.61 |
| 11/08/22 | ███████████ | -9.63 | | 995.98 |
| 11/08/22 | ███████ | -79.40 | | 916.58 |
| 11/09/22 | ███████ | -2.56 | | 914.02 |
| 11/10/22 | ████████ | 1,079.66 | | 1,993.68 |
| 11/10/22 | ██████ | 1,516.38 | | 3,510.06 |
| 11/10/22 | ████████████ | -3.65 | | 3,506.41 |
| 11/10/22 | ████████ | -9.63 | | 3,496.78 |
| 11/10/22 | ██████ | -15.19 | | 3,481.59 |
| 11/10/22 | ██████ | -67.01 | | 3,414.58 |
| 11/10/22 | ██████ | -74.01 | | 3,340.57 |
| 11/11/22 | ██████ | 185.00 | | 3,525.57 |
| 11/11/22 | █████████ | 67.01 | | 3,592.58 |
| 11/11/22 | ██████ | -9.76 | | 3,582.82 |
| 11/11/22 | █████████ | -22.61 | | 3,560.21 |
| 11/14/22 | Preauth Debit<br>Blake Deconinck Rec Paymt | -1,732.78 | | 1,827.43 |
| 11/14/22 | Preauth Debit<br>Blake Deconinck Rec Paymt | -1,732.78 | | 94.65 |
| 11/14/22 | Preauth Debit<br>Fpb Cr Card Internet | -100.00 | | -5.35 |
| 11/14/22 | Reverse Preauth Withdrl | 100.00 | | 94.65 |
| 11/14/22 | Dda Nsf Ach Debit Fee | -30.00 | 30.00 | 64.65 |
| 11/14/22 | Money Transfer Credit From 3rd Party<br>Venmo*deconinck Blnew York Citynyvenmo*dus | 140.12 | | 204.77 |
| 11/14/22 | Reverse Preauth Withdrl<br>Blake Deconinck Rec Paymt | 1,732.78 | | 1,937.55 |
| 11/14/22 | Preauth Debit<br>Preauthorized Debit | -1,732.78 | | 204.77 |
| 11/14/22 | Refund Dda Nsf Ach Debit Fee | 30.00 | 30.00 | 234.77 |
| 11/14/22 | Credit Adjustment | 2.49 | | 237.26 |
| 11/14/22 | Check Card Purchase Debit 11/11<br>Holiday Stations 3852 Lakeville Mn | -2.56 | | 234.70 |
| 11/14/22 | Check Card Purchase Debit 11/10<br>Dunn Brothers Coffee 219 Saint Michael Mn | -3.65 | | 231.05 |
| 11/14/22 | Check Card Purchase Debit 11/11<br>Caribou Coffee Co #1448 Buffalo Mn | -3.85 | | 227.20 |
| 11/14/22 | Check Card Purchase Debit 11/12<br>Walgreens #15124 Buffalo Mn | -9.63 | | 217.57 |
| 11/14/22 | Check Card Purchase Debit 11/11<br>Speedway 04477 Andover Mn | -9.76 | | 207.81 |
| 11/14/22 | Check Card Purchase Debit 11/13<br>Affirm * Pay Ek18s0if 855-423-3729 Ca | -34.82 | | 172.99 |
| 11/14/22 | Check Card Purchase Debit 11/12<br>Venmo* Visa Direct Ny | -56.00 | | 116.99 |
| 11/14/22 | Check Card Purchase Debit 11/13<br>Amzn Mktp Us*hb0ru1452 Amzn.com/bill Wa | -60.85 | | 56.14 |
| 11/14/22 | Check Card Purchase Debit 11/12<br>Affirm * Pay Mack1b9c 855-423-3729 Ca | -67.94 | | -11.80 |
| 11/15/22 | Preauth Debit<br>Cpenergy Mngco Mgc Ach Dr | -57.36 | | -69.16 |
| 11/15/22 | Reverse Preauth Withdrl | 57.36 | | -11.80 |
| 11/15/22 | Dda Nsf Ach Debit Fee | -30.00 | 30.00 | -41.80 |
| 11/15/22 | Preauth Debit<br>Dairyland Autopay | -369.08 | | -410.88 |
| 11/15/22 | Reverse Preauth Withdrl | 369.08 | | -41.80 |
| 11/15/22 | Dda Nsf Ach Debit Fee | -30.00 | 30.00 | -71.80 |
| 11/15/22 | Refund Dda Nsf Ach Debit Fee<br>Refund Fee Nsf Ach Debit | 30.00 | 30.00 | -41.80 |
| 11/15/22 | Credit Adjustment Eff:11/14/22 | 1,732.78 | | 1,690.98 |

CASE 0:23-cv-00215-NEB-ECW Doc. 39-4 Filed 04/17/23 Page 4 of 4

| 11/15/22 | Refund Dda Nsf Ach Debit Fee Rev Fee | | 30.00 | 30.00 | 1,720.98 |
|---|---|---|---|---|---|
| 11/15/22 | Cpenergy Mngco Direct Debiting | -57.36 | | | 1,663.62 |
| 11/15/22 | Dairyland Nsa_recur | -369.08 | | | 1,294.54 |
| 11/16/22 | Check Card Purchase Debit 11/16 Venmo* Visa Direct Ny | -1,294.54 | | | 0.00 |
| 11/16/22 | Dividend | | 0.21 | | 0.21 |
| 11/16/22 | Ending Balance | | | | $0.21 |

Oct and Nov APY: Daily balance less than $20,000: 0.15%;
Daily balance $20,000 or more, up to $50,000: 0.35%

## Used Vehicle Loan

