# EXHIBIT F

CASE 0:23-cv-00215-NEB-ECW Doc. 29-6 Filed 04/17/23 Page 2 of 3



← **Tweet**

Search Twitter

**Andrew Blackburn** @wrbluepearl · Nov 14, 2022

@PenFed - I was one of the people affected by this. By pure dumb luck I had an 'extra' (that wasn't really extra) *$10,000* in my account to cover *your* mistake. How are you planning to make this square with your soon-to-be ex-customers?



experiencing issues with some duplicate debit transact
inconvenience and appreciate your patience as we wo

💬 3     ↻     ♡     ᵕᵕ     ⬆

**PenFed Credit Union** ✓ @PenFed · Nov 14, 2022

Hi there, Andrew. This is a known issue that our IT team is working quickly to fix. We're so sorry for any inconvenience it caused, and can assure you all duplicated transactions will be corrected as soon as possible.

💬 3     ↻     ♡     ᵕᵕ     ⬆

**Andrew Blackburn** @wrbluepearl · Nov 14, 2022

Hearing that the CSR is going to "open a ticket" doesn't exactly instill a lot of confidence. Plus, we weren't proactively contacted to let us know there had been a problem. How many people won't notice for days?

💬 1     ↻     ♡ 1     ᵕᵕ     ⬆

**Andrew Blackburn**
@wrbluepearl

In fairness, I just checked my account and the erroneous transaction has been reversed. So the problem has been resolved from that perspective.

5:16 PM · Nov 14, 2022

💬     ↻     ♡     🔖     ⬆

---

## New to Twitter?

Sign up now to get your own personalized timeline!

 **Sign up with Google**

 **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

 **Andrew Blackburn**  **Follow**
@wrbluepearl

Climate inactivist. Community disorganizer. Antisocial justice warrior.

 **PenFed Credit Uni...**   **Follow**
@PenFed

We do more than money. PenFed is proud to give you inspiration, information, & great rates. Federally Insured by NCUA. Equal Housing Lender. PenFed.org

## What's happening

NBA · LIVE

**Nets at 76ers**



**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up