# EXHIBIT H

Primary Reason for Call

Supervisors

Secondary Reason for Call

Escalation

Completed Date/Time

11/14/2022 8:20 PM

Description

Re credited 3026 $2.49 per doc case 32302359 mbr had double ACH pull issue that was corrected than reversed. Mbr incurred charge to get $ into account.

- Details for Call

Case - Escalation Case - Case32301341

Nov 14, 2022

Show more actions

▇▇▇▇▇▇▇▇

 had a task

Primary Reason for Call

Supervisors

Secondary Reason for Call

Escalation

Completed Date/Time

11/14/2022 5:38 PM

Description

Case Number: 32301341 | Record Type: Escalation | Description: MBR had double posting of ACH,it was corrected & then came out again. OBC/OSS/Christopher A. checked w/research & sd the team is looking at it now and MBR is upset his CC pmt & wants to speak to SUP, OBC/Michael Reed sd if it got rejected & wants reimbursed for the fee & interest up to $100.00 would be refunded, advised please send stmt asking for the fee/interest to be refunded, Advised MBR, MBR not understanding why he needs to do anything.

- Details for Call

Call | Supervisors | Assist MSR

Nov 14, 2022

Show more actions

Michael Reed

 logged a call with

BLAKE DECONINCK

Primary Reason for Call

Supervisors

Secondary Reason for Call

Assist MSR

Completed Date/Time

11/14/2022 5:35 PM

Description

Mbr had dup ACH pull issue we rejected $-$1,732.78 ACH. IF/when mbr uploads proof of NSF fee and interest charge will credit that amount up to $100 to RSV

- Details for Call

Call | Supervisors | Assist MSR

Nov 14, 2022

Show more actions

logged a call with

BLAKE DECONINCK

Primary Reason for Call

Supervisors

Secondary Reason for Call

Assist MSR

Completed Date/Time

11/14/2022 5:25 PM

Description

ACH dup issues

- Details for Call

Call | Supervisors | Assist MSR

Nov 14, 2022

Show more actions

logged a call with

BLAKE DECONINCK

Primary Reason for Call

Supervisors

Secondary Reason for Call

Assist MSR

Completed Date/Time

11/14/2022 3:00 PM

Description

duplicate achs

- Details for Call

Call | Checking Accounts | Transaction Inquiry

Nov 14, 2022

Show more actions

▬▬▬▬▬▬

 logged a call with

BLAKE DECONINCK

Primary Reason for Call

Checking Accounts

Secondary Reason for Call

Transaction Inquiry

Completed Date/Time

11/14/2022 8:18 AM

Description

informed mbr of ACH dup pymt we are having. system was having issues

- Details for Call